# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| GIOVANNI KOHLER KURTZE,<br>               Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>               Respondent. | No. 79257 |
| GIOVANNI KOHLER KURTZE,<br>               Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>               Respondent. | No. 79259 |
| GIOVANNI KOHLER KURTZE,<br>               Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>               Respondent. | No. 79260 ✓ |
| GIOVANNI KOHLER KURTZE,<br>               Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>               Respondent. | No. 79261 |

SEP 0 4 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
     DEPUTY CLERK

## ORDER DISMISSING APPEALS

These appeals were initiated by the filing of pro se notices of appeal. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

The notices of appeal fail to designate the specific judgment or order being challenged on appeal. *See* NRAP 3(c)(1)(B). To the extent that appellant appeals from the findings of fact, conclusions of law and order

SUPREME COURT
OF
NEVADA

(O) 1947A

19-37005

entered on June 14, 2019, the decision has already been appealed in Docket No. 79258. Accordingly, this court

ORDERS these appeals DISMISSED.

_____, J.
Hardesty

_____, J.         _____, J.
Stiglich                                                 Silver


cc:     Hon. Michelle Leavitt, District Judge
        Giovanni Kohler Kurtze
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk